926

No. 987. FRIEDMAN *v.* INTERNATIONAL ASSOCIATION OF MACHINISTS ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Victor B. Harris* and *Seymour Krieger* for petitioner. *Clarence M. Mulholland, Edward J. Hickey, Jr.* and *James L. Highsaw, Jr.* for respondents.

No. 988. ELGIN CORPORATION *v.* ATLAS BUILDING PRODUCTS Co. C. A. 10th Cir. Certiorari denied. *Dee C. Blythe* for petitioner. *William A. Sloan* and *J. F. Hulse* for respondent.

No. 993. MOORE ET UX. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *John D. Cofer* for petitioners. Solicitor General *Rankin,* Assistant Attorney General *Rice* and *Joseph F. Goetten* for the United States.

No. 1000. STALEY MILLING Co. *v.* A. E. STALEY MANUFACTURING Co. C. A. 7th Cir. Certiorari denied. *Wallace H. Martin, Montgomery S. Winning* and *Robert Bonynge* for petitioner. *Thomas W. Samuels, Carl R. Miller* and *William T. Woodson* for respondent.

No. 1005. UNITED STATES *v.* FIELD ET AL. Court of Claims. Certiorari denied. Solicitor General *Rankin,* Assistant Attorney General *Doub, Samuel D. Slade* and *Sondra K. Slade* for the United States. *Guy Emery* and *Harry E. Wood* for respondents.

No. 1011. LILLIONS ET VIR *v.* PUGET SOUND MUTUAL SAVINGS BANK. Supreme Court of Washington. Certiorari denied. *Christ D. Lillions* for petitioners.